App. Div.]  Second Department, May, 1912.

Adelaide W. Charles, as Sole Executrix, etc., of Archibald Charles, Deceased, Appellant, Substituted, etc., v. George B. Leonard, Respondent.— Order affirmed, with costs. No opinion. Thomas, Carr and Rich, JJ., concurred; Jenks, P. J., and Hirschberg, J., dissented.

Michael L. Conlan, Respondent, v. Nicola Faillace, Appellant.— Order modified by deducting the ten dollars costs of motion from the fine, and imposing it as costs of the motion; as thus modified the order is affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Caroline F. Hogg, Appellant, v. Amelia T. Lindridge and Others, Respondents.— Interlocutory judgment affirmed, with costs, with the right to plaintiff, if she shall be so advised, to serve an amended complaint upon payment of the costs included in said judgment and of this appeal, within twenty days after their taxation and service of notice thereof. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Josephine Hyde, as Administratrix, etc., of George Hyde, Deceased, Respondent, v. Richard Baldwin, Jr., Appellant, Impleaded with Robert K. Everett and John J. McLaughlin.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate for and on Behalf of the City of New York, etc., in the City of Yonkers, Westchester County, N. Y., for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York. (Hill View Reservoir, Section No. 1, Parcel No. 2.) The Board of Water Supply of the City of New York, Appellant; The City of New York, Appellant, Respondent; Edward B. Hanlon and Others, Respondents.— Order in so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

In the Matter of the Proceedings for the Drainage of Certain Low Lands Known as the Spring Valley Swamp, Situated in the Village of Spring Valley, Town of Ramapo, County of Rockland and State of New York. Luise C. Knauth, Appellant; Julia A. Reed and Others, Respondents.— Order of the County Court of Rockland county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

In the Matter of the Application of M. J. Walsh, as Deputy Comptroller of the State of New York, Appellant, for an Order Transferring Certain Court and Trust Funds from the New York Life Insurance and Trust Company of the County of New York, Respondent, to the Chamberlain of the City of New York. (Kings County Proceeding.) — Order reversed on the authority of *Matter of Walsh* (204 N. Y. 276), decided by the Court of Appeals January 30, 1912. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred. Order to be settled before Mr. Justice Woodward.